UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMAL DAMON HENDRIX,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>LEILANNY ESPINOZA, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-00639-ART-CLB<br><br>ORDER |

  *Pro se* Plaintiff Jamal Damon Hendrix has filed a motion requesting to dismiss this action. (ECF No. 3.) Under Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). This case is still at a pre-screening stage and no responsive pleading has been filed. As such, the Court grants the motion and dismisses this action without prejudice.

  For the foregoing reasons, it is ordered that Plaintiff's motion for voluntary dismissal (ECF No. 3) is granted and this action is dismissed in its entirety without prejudice.

  It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is denied as moot.

  Dated this 20th day of February 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE